IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WALTER LAWRENCE KENNEY, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-509-MTT |
| | * |
| GDC COMMISSIONER TYRONE OLIVER, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 13, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of May, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk