**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **WALTER LAWRENCE KENNEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Case No. 5:23-cv-00509-MTT-CHW** |
| **v.** | : | |
| | : | |
| **GDC Commissioner TYRONE OLIVER,** *et al.* | : | |
| | : | **Proceedings Under 42 U.S.C. § 1983** |
| **Defendants.** | : | **Before the U.S. Magistrate Judge** |
| | : | |

## ORDER

Pending before the Court is Plaintiff Walter Kenney's "motion to allow discovery." (Doc. 40). Plaintiff lists several questions and requests, some of which are addressed to defense counsel. (*Id.*) The remaining defendant, Officer Kitchens, answered this suit on May 13, 2025. (Doc. 38). As explained in the screening order, Defendant Kitchens's answer marked the beginning of a 90-day discovery period. (Doc. 24, p. 26). Because the discovery period is ongoing, Plaintiff does not require the Court's permission to seek discovery. To the extent that Plaintiff may have intended his motion to be a motion to compel discovery, the motion would be premature and unsupported. This Court does not entertain motions to compel absent a certificate that the movant first attempted to confer, in good faith, with the opposing parties to seek the requested information without court action. Fed. R. Civ. P. 37; Local Rule 37. Plaintiff's motion is unaccompanied by such a certificate. Therefore, Plaintiff's motion to allow discovery (Doc. 40) is **DENIED as moot**.

As the Court's screening order (Doc. 24, pp. 26-27) previously provided, discovery materials shall not be filed with the Clerk of Court, and no party shall be required to respond to

any discovery not directed to him or served upon him by the opposing counsel or party.   Except with written permission of the Court first obtained, **interrogatories** may not exceed TWENTY-FIVE (25) to each party, **requests for production of documents and things** under Rule 34 of the Federal Rules of Civil Procedure may not exceed TEN (10) requests to each party, and **requests for admissions** under Rule 36 of the Federal Rules of Civil Procedure may not exceed FIFTEEN (15) requests to each party.   No party is required to respond to any request which exceeds these limitations. Otherwise, discovery shall proceed in accordance with the provisions of the Federal Rules of Civil Procedure.

      **SO ORDERED**, this 24th day of June, 2025.

      s/ Charles H. Weigle
      Charles H. Weigle
      United States Magistrate Judge