IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WALTER LAWRENCE KENNEY, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00509-MTT-CHW |
| | * |
| OFFICER KITCHENS et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated 12/19/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of December, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk